THE BLANCH LAW F[IRM]
261 MADISON AVENUE, 12TH FLOOR NEW YORK, NY 10016 T (2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020

January 23, 2020

**Via ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10017

Re: <u>USA v. Ignacio Herrera</u>, 18 Cr. 495 (AT)
Adjournment Request

Dear Judge Torres:

As the Court is aware, The Blanch Law Firm PC represents Ignacio Herrera on the above-captioned matter currently scheduled for sentencing before Your Honor at 2 PM February 6, 2020.

I am writing with the Government's consent to adjourn the sentencing to the week of February 10, 2020 as the Final Pre-Sentence Report has not been released. I have been in communication with U.S. Probation Officer Jill S. Jeffries and she informed me that she anticipates that the Final Pre-Sentence Report will be issued this week.

The parties are available anytime during the week of February 10, 2020. AUSA Sobelman is not available during the weeks of February 17 and February 24, 2020. I respectfully request that Mr. Herrera's sentencing be adjourned to the week of February 10, 2020, or if the Court does not have availability to the week of March 2, 2020 or thereafter.

Thank you for your time and consideration of this matter.

Kind Regards,

*/s/ Elena Fast*
Elena Fast, Esq.

CC: All parties of record (via ECF)

GRANTED. The sentencing scheduled for February 6, 2020 is ADJOURNED to **February 11, 2020**, at **2:00 p.m.**

SO ORDERED.

Dated: January 23, 2020
New York, New York

ANALISA TORRES
United States District Judge