# THE BLANCH LAW FIRM

261 MADISON AVENUE, 12TH FLOOR  NEW YORK, NY 10016  T (212) 736-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2020

January 27, 2020

**Via ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10017

Re: USA v. Ignacio Herrera, 18 Cr. 495 (AT)
    Adjournment Request

Dear Judge Torres:

As the Court is aware, The Blanch Law Firm PC represents Ignacio Herrera on the above-captioned matter currently scheduled for sentencing before Your Honor at 2 PM February 11, 2020.

I am writing with the Government's consent to request a 30-day adjournment of sentencing as the Final Pre-Sentence Report has not been released. Based on my communications with U.S. Probation Officer Jill S. Jeffries last week, we were anticipating the release of the Final PSR by Friday, January 24, 2020.

Thank you for your time and consideration of this request.


Respectfully Submitted,


*/s/ Elena Fast*
Elena Fast, Esq.
Counsel for Ignacio Herrera


CC: All parties of record (via ECF)

GRANTED. The sentencing scheduled for February 11, 2020 is ADJOURNED to **March 10, 2020**, at **2:00 p.m.**

SO ORDERED.

Dated: January 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge