# THE BLANCH LAW FIRM A Prof

261 Madison Avenue, 12th Floor ● New York, New York 10016 ● Tel. 212.736.3900

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020
```

February 25, 2020

VIA ECF
Honorable District Court Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Ignacio Herrera, 18-cr-00495**

Your Honor:

Our firm is counsel of record for defendant Ignacio Herrera in the above-referenced matter. Mr. Herrera is currently set for sentencing on **March 10, 2020 at 2:00 P.M**. Due to an internal office glitch we were not able to review the final Pre-Sentencing Investigation Report until today. In light of this, we are seeking until **February 28, 2020** to file our sentencing submission and requesting that the government be given **two additional days** beyond the currently allotted time to submit their opposition papers. The government is aware of this request and does not object.

The Court's time and attention to this matter are greatly appreciated. Please do not hesitate to contact me with any questions, comments, or concerns.

Sincerely,

/s/ Ryan G. Blanch
Ryan G. Blanch, Esq.
The Blanch Law Firm, P.C.
261 Madison Ave., 12th Floor
New York, NY 10016
P: 212.736-3900

GRANTED. Defendant's submission is due by **February 28, 2020**. The Government's submission is due by **March 5, 2020**.

SO ORDERED.

Dated: February 25, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge