

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

March 16, 2020

Hon. Analisa Torres, Judge
Daniel Patrick Moynihan, Courtroom 15D
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: **United States v. Ignacio Herrera**, Case No. 18-cr-495
APPLICATION FOR DISBURSEMENT OF BOND

Dear Judge Torres:

Please accept this letter as a formal motion for the disbursement of bond based upon the attached bail bond assignment. The undersigned respectfully states to this Honorable Court that the above named defendant has complied with all conditions of the appearance bond in this case, and it is therefore requested that the defendant's case bail heretofore posted by in the amount of $ 25,000.00 plus any accrued interest be refunded to: **Ryan G. Blanch, Esq., The Blanch Law Firm, 261 Madison Avenue, 12th Floor, New York, New York 10016**.

The Payee: **Maria Herrera** has fully executed a notarized Assignment of Bail Bond, **Attachment A**.

Please do not hesitate to call me with any questions or concerns.

Sincerely,

/s/ *Ryan Blanch*
Ryan Blanch
261 Madison Avenue
12th Floor
New York, NY 10016
212-736-3900(t)
212-736-3910(f)

Application GRANTED.

SO ORDERED.

Dated: March 16, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge